# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date: February 26, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CR-09-113-M |
| DONALD RAY HASTINGS, | ) ) ) | |
| Defendant. | ) | |

**ENTER ORDER:**

Case transferred to          Judge Robin J. Cauthron

HEREAFTER, PLEASE REFER TO CASE AS          CR-09-113-C

Please note that for future filings in this case, the letter at the end of the number should now be a "C" rather than an "M". This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Chief Judge Joe Heaton, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:  *s/Kathy Spaulding*
     Deputy Clerk